**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Reginald STEWART, a.k.a. Ren,**
**Defendant–Appellant.**

**No. 09–50389.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 10, 2011.[*]

Filed Jan. 21, 2011.

William A. Crowfoot, Assistant U.S., Kerry Creque O'Neill, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Rosalind Wang, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Jeff Dominic Price, CJA Panel, Santa Monica, CA, for Defendant–Appellant.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM [**]

Reginald Stewart appeals from the 160–month sentence imposed following his guilty-plea conviction to possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), and

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i). We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Stewart contends his sentence is substantively unreasonable because the district court failed to consider the disparity in the sentencing guidelines between cocaine base and powder cocaine. The valid and enforceable appeal waiver set forth in Stewart's plea agreement precludes our review of this issue. *See United States v. Bibler*, 495 F.3d 621, 623–24 (9th Cir.2007). We therefore enforce the waiver and dismiss the appeal.

**DISMISSED.**